672 A.2d 181

IN THE MATTER OF DAVID C. PALMER,
AN ATTORNEY-AT-LAW

March 15, 1996.

## CONSENT ORDER

THIS MATTER, having been opened to the Court by DAVID E. JOHNSON, JR., Director, Office of Attorney Ethics, and with the consent of the Respondent, DAVID C. PALMER, of Bernardsville and GERARD E. HANLON, respondent's counsel, and it appearing that the Office of Attorney Ethics and Respondent having agreed to Respondent being temporarily suspended from the practice of law, together with the additional relief provided in this Order, pending final disposition of the ethics grievance before the District XIV Ethics Committee,

IT IS ORDERED that:

1. David C. Palmer of Bernardsville, admitted to practice in this State in 1966, is temporarily suspended from the practice of law, effective immediately, pending final determination of all grievances, and until further Order of the Court.

2. David C. Palmer is hereby restrained and enjoined from practicing law during the period of suspension.

3. David C. Palmer shall comply with *R.1:20–20*, governing suspended, disbarred or resigned attorneys.

I hereby agree to the form

and entry of this Consent Order.

/s/  David Palmer

David C. Palmer,

Respondent

/s/  Gerard E. Hanlon

Gerard E. Hanlon,

Respondent's Counsel

/s/  David E. Johnson, Jr.

David E. Johnson, Jr., Director

Office of Attorney Ethics